| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
§ CASE NO. 9:23-CR-00007-MAC
versus §
§
§
§
VERNON TAYLOR §

## ORDER ADOPTING REPORT AND RECOMMENDATION DENYING DEFENDANT'S MOTION TO SUPPRESS

Pending before the court is the Defendant, Vernon Taylor's, *Motion to Suppress* (Doc. #19). Taylor seeks to suppress incriminating evidence obtained during a search of his vehicle as a result of a traffic stop on September 21, 2022. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Government filed a response to the Defendant's motion (Doc. #21) and Judge Hawthorn heard testimony and oral argument on September 26, 2023. Ultimately, Judge Hawthorn concluded that the traffic stop was lawful and the detention was not unnecessarily delayed. (Doc. #26.)

Taylor objected to Judge Hawthorn's findings, conclusions, and analysis. (Doc. #27.) He challenges the sufficiency of the evidence relied on by Judge Hawthorn to find that Trooper Seymore observed sufficient articulable facts to establish reasonable suspicion that Taylor was engaged in criminal conduct that justified the continued roadside detention. Taylor's objection requires a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made. 28 U.S.C. § 636(b)(1)(C).

After conducting a *de novo* review, the court concludes that the magistrate judge's findings, conclusions, and analysis are correct. Judge Hawthorn properly concluded that Trooper Seymore had specific articulable facts that Taylor was engaged in criminal conduct and therefore, his continued detention was justified. Accordingly, the Defendant's objections are **OVERRULED**, and the report of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that the Defendant's motion to suppress (Doc. #19) is **DENIED**

SIGNED at Beaumont, Texas, this 7th day of November, 2023.

                                                         MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE